[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

No. 00-2410

DANNY M. KELLY,

Plaintiff, Appellant,

v.

MCDONALD'S CORPORATION; CANOBIE LAKE PARK CORPORATION,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard Stearns, U.S. District Judge]

Before

Bownes, Senior Circuit Judge,
Torruella and Lipez, Circuit Judges.

Danny M. Kelly on brief pro se.
John P. Noyes and Gilberg & Kiernan on defendant-appellee
McDonald's Corporation's Motion for Summary Disposition.
Cathryn Spaulding and Zizik, Lasalle & Powers, P.C. on
appellee, Canobie Lake Park Corporation's Memorandum in Support
of Motion for Summary Disposition.

June 29, 2001

**Per Curiam**. The district court dismissed the claims against McDonald's Corporation for failure to state a claim. Later, the court dismissed any intended "civil rights" claim against Canobie Lake Park for failure to state a cognizable federal claim and, when plaintiff failed to substantiate the requisite amount in controversy for diversity jurisdiction, the remaining claims were dismissed for lack of subject matter jurisdiction.

Reviewing the judgment de novo in light of the record and the parties' arguments on appeal, we affirm. See Loc. R. 27(c).